**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | | |
|---|---|---|
| **RAED ATEF LISHAA FERIZ** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **NO. 3:26-cv-01543** |
| **v.** | ) | |
| | ) | **JUDGE CAMPBELL** |
| **TODD BLANCHE, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Pending before the Court is the Parties' Joint Motion to Modify the Court's Order to allow for the Petitioner to be released in Louisiana on November 20, 2026, rather than transported to Nashville, Tennessee, as previously ordered. (Doc. No. 14). Respondents state that they will file a status report on or before Monday, November 23, 2026.

The Motion (Doc. No. 14) is **GRANTED**. Petitioner shall be released in Louisiana no later than November 20, 2026. Accordingly, Respondents' motion for extension of time to transport and release Petitioner in Nashville, Tennessee (Doc. No. 13) is **MOOT**. Respondents shall file a status update confirming compliance with the Court's orders by November 23, 2026.

It is so **ORDERED**.

WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE